IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GURPREET SINGH,

          Petitioner,

    v.

WARDEN, et. al.,

          Respondents.

No.  1:26-cv-0203-DC-DMC-HC

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(ECF No. 3)

A petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 was filed by Kamaljit Cheema, on behalf of Petitioner Gurpreet Singh. See ECF No. 1. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California Local Rules.

On January 16, 2026, the magistrate judge filed findings and recommendations which were served on the parties, and which contained notice that the parties may file objections within the time specified therein. See ECF No. 3. No objections to the findings and recommendations have been filed.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED as follows:

        1.     The findings and recommendations filed January 16, 2026, ECF No. 3, are adopted in full;

1

2. The petition for writ of habeas corpus, ECF No. 1, is DENIED for lack of standing, without prejudice; and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **February 5, 2026**

Dena Coggins
United States District Judge